UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/7/24
```

UNITED STATES OF AMERICA,

                Plaintiff,

      - against -

BRYAN RHODES,

                Defendant.

**12 Cr. 31 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court received a letter from defendant Bryan Rhodes ("Rhodes"), dated March 26, 2024, inquiring whether he "fit[s] the criteria for eligibility" with respect to Amendment 821 to the Sentencing Guidelines. (See Dkt. No. 1876.) A report prepared by the Probation Office, dated May 3, 2024, examines whether Rhodes is eligible for a sentence reduction pursuant to Amendment 821. (See Dkt. No. 1881.)

    The Clerk of Court is respectfully **ORDERED** to mail copies of **(1)** this Order and **(2)** the Probation Office report at Docket No. 1881 to: Bryan Rhodes, No. 66842-054, FCI Otisville, P.O. Box 1000, Otisville, NY 10963.

    If Rhodes wishes to respond, he is ordered to do so within thirty (30) days.

**SO ORDERED.**

Dated:    7 May 2024
            New York, New York

                                                  Victor Marrero
                                                  U.S.D.J.